1   HASSARD BONNINGTON LLP
    THOMAS M. FRIEDER, ESQ., State Bar No. 95411
2   JOANNA L. STOREY, ESQ., State Bar No. 214952
    Two Embarcadero Center, Suite 1800
3   San Francisco, California  94111-3941
    Telephone:  (415) 288-9800
4   Fax:  (415) 288-9801
    Email: tmf@hassard.com
5
    Attorneys for Defendant
6   JOHN HOOVER

7

8                 IN THE UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10  JO DEE SCHMIDT, and                    No. CV 08 5809 PJH
    PAUL SCHMIDT,
11
                    Plaintiffs,            **STIPULATION AND [PROPOSED]**
12                                         **ORDER CONTINUING INITIAL**
                                           **CASE MANAGEMENT**
13        vs.                              **CONFERENCE AND RELATED**
                                           **DEADLINES**
14  JOHN HOOVER, an individual;
    CITY OF WALNUT CREEK, a municipal      Complaint Filed: December 31, 2008
15  corporation; and
    DOES 1 through 20, inclusive,
16
                    Defendants.

17

18         Pursuant to Civil L.R. 6-2, 16-2(e) and 17-12, plaintiffs Jo Dee Schmidt and

19  Paul Schmidt and defendants John Hoover and the City of Walnut Creek hereby stipulate,

20  through their counsel, to continue the Initial Case Management Conference from April 9, 2009

21  to May 28, 2009, or thereafter.  The parties further stipulate that the deadlines set forth in the

22  Order Setting Initial Case Management Conference and ADR Deadlines shall be continued

23  accordingly, as follows:

24  / / /

25

26

27

28
                                        -1-

| New Date | Event | Governing Rule |
|----------|-------|----------------|
| May 7, 2009 | Last day to:<br><br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br><br>• file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov)<br><br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at http://www.cand.uscourts.gov) | FRCivP 26(f) & ADR L.R. 3-5;<br><br>Civil L.R. 16-8(b) & ADR L.R. 3-5(b);<br><br>Civil L.R. 16-8(c) & ADR L.R. 3-5(b) & (c) |
| May 21, 2009 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a)(1)<br><br>Civil L.R. 16-9 |
| May 28, 2009 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 3 17th Flr at 2:30 p.m. | Civil L.R. 16-10 |

The parties make this stipulation due to the pending motions to dismiss filed by defendants John Hoover and the City of Walnut Creek, which are set for hearing on April 22, 2009.  In the event the motions to dismiss are granted without leave to amend, no Case Management Conference will be necessary.  It is in the interests of economy and efficiency to all parties and this Court that the Initial Case Management Conference and related deadlines be continued.

There have been no prior continuances of the subject deadlines.

I, Thomas M. Frieder, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatory counsel.

-2-

1        IT IS SO STIPULATED.

2

Dated:  March 5, 2009                    HASSARD BONNINGTON LLP

3

4                                        By _/s/ Thomas M. Frieder
                                            Thomas M. Frieder
5                                           Attorneys for Defendant
                                            JOHN HOOVER

6

Dated:  March 5, 2009                    McNAMARA, DODGE, NEY, BEATTY,
7                                        SLATTERY, PFALZER & BORGES

8

9
                                         By _/s/ Martin J. Ambacher
10                  `                       Martin J. Ambacher, Esq.
                                            Attorneys for Defendant
11                                          CITY OF WALNUT CREEK

12

Dated:  March 5, 2009                    SCOTT BONAGOFSKY, ESQ.

13

14                                       By  /s/ Scott Bonagofsky _
                                            Scott Bonagofsky, Esq.
15                                          Attorneys for Plaintiffs
                                            JO DEE SCHMIDT and PAUL SCHMIDT

16

17

18

19                               ORDER

20              Pursuant to stipulation, it is so ordered.

21

DATED: _3/6/09 _____

22                                               IT IS SO ORDERED

23              HONORA                                          ON

24                                          Judge Phyllis J. Hamilton

25

26

27

28
                                          -3-

No. CV 08 5809 PJH
STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES